445 A.2d 238

Truck v. Truck, Appellant.

Sub-
mitted February 2, 1982.   Joseph A. Zane, for appellant;
Samuel A. Kline, for appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Decree affirmed.

445 A.2d 238

Wiley v. York Realty Co., Inc., et al., Appellants.

Argued June 24, 1981.   Morrison B. Williams,
for appellant;  Stephen P. Linebaugh, for appellees.

Before PRICE, JOHNSON and SHERTZ, JJ.

The order dated August 21, 1980 is affirmed.

Decision was rendered prior to SHERTZ, J., leaving the
bench of the Superior Court of Pennsylvania.